# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142741

DANA RUTH MORK, a/k/a DANA MILLER,
      Plaintiff-Appellee,

v

                                         SC: 142741
                                         COA: 299553
                                         Oceana CC: 06-006045-DM

BRIAN JAMES MORK,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 28, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011 _____

d0620

_____
Clerk